IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LUIS MUNUZURI HARRIS,

    Plaintiff,

v.                                                      CASE NO. 5:13-cv-00203-MP-GRJ

JEFFERY T BEASLEY, MICHAEL CREWS, SAM CULPEPPER, FLORIDA DEPARTMENT OF CORRECTIONS, CHRIS LANDRUM, FELICIA NOBLES,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 25, 2013. (Doc. 32). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of plaintiff's objections at Doc. 35.

Having considered the Report and Recommendation, and objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.
2. The Amended Motion for Preliminary Injunction, Doc. 31, is DENIED.
3. This matter is referred back to the Magistrate Judge for further proceedings.

**DONE AND ORDERED** this _30th_ day of December, 2013

                                        *s/Maurice M. Paul*
                                        Maurice M. Paul, Senior District Judge